HARRY G. CARR, PLAINTIFF-APPELLANT, v. STATE FARM MUTUAL INSURANCE COMPANY AND JULIA SOLAN, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted March 21, 1972—Decided March 29, 1972.

Before Judges GOLDMANN, HALPERN and LORA.

*Messrs. Jamieson, Walsh, McCardell, Moore & Peskin,* attorneys for appellant (*Mr. Alan M. Wallack,* on the brief).

*Messrs. Lewis, Siegel and Wood,* attorneys for respondent State Farm Mutual Insurance Company (*Mr. Richard I. Wood,* on the brief).

PER CURIAM. The judgment is affirmed essentially for the reasons expressed by Judge Seidman.